# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS PAUL KROMER, et al., | : | CIVIL ACTION |
| | : | |
| Plaintiffs, | : | No. 2:21-CV-02454-CDJ |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| VEOLIA ES CHESTNUT VALLEY LANDFILL, INC., et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this __7th___ day of _____March_____, 2022, upon consideration of Defendants' Motion to Transfer for Improper Venue or Inconvenient Forum (ECF No. 4) and the stipulated agreement to such Motion (ECF No. 29), is it hereby **ORDERED** as follows:

1. Defendants' Motion is **GRANTED**;

2. The Clerk is directed to **TRANSFER** this matter for all further proceedings to the United States District Court for the Western District of Pennsylvania;

3. Defendants' pending Motion to Dismiss (ECF No. 5) shall remain **STAYED**; and

4. Plaintiffs' Response to said Motion shall be due within **thirty (30) days** of this matter being assigned to a Judge within the Western District of Pennsylvania.

BY THE COURT:

*/s/ C. Darnell Jones,* II
_____
C. DARNELL JONES, II
Senior United States District Judge